IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BT GRANITE RUN, LP | : |
| : | |
|                    Plaintiff | :   Civil Action No. |
| v. | : |
| : | |
| BONDEX INSURANCE COMPANY | : |
| : | |
|                    Defendant | : |
| | : |

### RULE 7.1 STATEMENT

Pursuant to Federal Rules of Civil Procedure 7.1, the undersigned counsel for Third Party Defendant, Bondex Insurance Company, certifies that Bondex Insurance Company is a non-governmental party, owned by CB Holdings Group, a privately held company.

                                                                          DEVLIEGER HILSER P.C.

                                        By: _____
                                                    John E. Hilser, Esquire
                                                    Robert M. Dunn, Esquire
                                                    1518 Walnut Street, 16th Floor
                                                    Philadelphia, PA 19102
                                                    (215)735-9181

Dated: April 6, 2017

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BT GRANITE RUN, LP | : |
|                                Plaintiff | :  CERTIFICATE OF SERVICE |
| v. | : |
| BONDEX INSURANCE COMPANY | : |
|                               Defendant | : |

      I, ROBERT M. DUNN, ESQUIRE, hereby certify that a true and correct copy of foregoing Rule 7.1 Statement was served, via first class mail, on April 6, 2017, to the counsel below named:

Ronald L. Williams, Esquire<br>
FOX ROTHSCHILD, LLP<br>
Eagleview Corporate Center<br>
747 Constitution Drive, Suite 100<br>
Exton, PA 19341

                                                                          /s/ Robert M. D.
                                                              ROBERT M. DUNN, ESQUIRE

Dated: April 6, 2017