# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BT GRANITE RUN, LP, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BONDEX INSURANCE COMPANY, | : | No. 17-1584 |
|     Defendant. | : | |

## ORDER

**AND NOW**, this **17th** day of **October, 2017**, upon consideration of Defendant, Bondex Insurance Company's Brief in Support of Summary Judgment, Plaintiff's response thereto, Defendant's reply thereon, and for the reasons provided in this Court's Memorandum dated October 17, 2017, it is **ORDERED** that the motion (Document No. 11) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**